# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>Charles E. Anderson, Trustee, on behalf of Painters' District Council No. 30 Health and Welfare Fund, et al.,<br>          v.<br>ESPINOZA DECORATING, INC., et. al. | Case Number:<br>FILED: AUGUST 15, 2008<br>08CV4669<br>JUDGE PALLMEYER<br>MAGISTRATE JUDGE BROWN<br>JH |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs.

| |
|---|
| NAME (Type or print)<br>Marisel A. Hernandez |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>         s/ Marisel A. Hernandez |
| FIRM<br>Jacobs, Burns, Orlove, Stanton & Hernandez |
| STREET ADDRESS<br>122 South Michigan Avenue, Suite 1720 |
| CITY/STATE/ZIP<br>Chicago, IL 60603-6145 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06191116 | TELEPHONE NUMBER<br>312-372-1646 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐