# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Charles E. Anderson, Trustee, on behalf of Painters' District Council No. 30 Health and Welfare Fund, et al.,

v.

ESPINOZA DECORATING, INC., et. al.

Case Number:
FILED: AUGUST 15, 2008
08CV4669
JUDGE PALLMEYER
MAGISTRATE JUDGE BROWN
JH

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs.

| | |
|---|---|
| NAME (Type or print) <br> M. Garrett Hohimer | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ M. Garrett Hohimer | |
| FIRM <br> Jacobs, Burns, Orlove, Stanton & Hernandez | |
| STREET ADDRESS <br> 122 South Michigan Avenue, Suite 1720 | |
| CITY/STATE/ZIP <br> Chicago, IL 60603-6145 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06291640 | TELEPHONE NUMBER <br> 312-372-1646 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |