## United States District Court for the Northern District of Illinois

Case Number: 08CV4669          Assigned/Issued By: DAJ

Judge Name: PALLMEYER         Designated Magistrate Judge: BROWN

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00     [ ] $39.00     [ ] $5.00

[ ] IFP       [ ] No Fee     [ ] Other _____

[ ] $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00          Receipt #: 3026123

Date Payment Rec'd: 08/15/08     Fiscal Clerk: DAJ

---

### ISSUANCES

[✓] Summons                          [ ] Alias Summons

[ ] Third Party Summons              [ ] Lis Pendens

[ ] Non Wage Garnishment Summons     [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons

[ ] Citation to Discover Assets      (Victim, Against and $ Amount)

[ ] Writ _____
        (Type of Writ)

3 Original and 0 copies on 08/15/08 as to RUBEN ESPINOZA,
                                (Date)
JUAN ESPINOZA, ESPINOZA DECORATING.

---

C:\wpwin80\docket\feeinfo.frm     03/14/05